UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITY OF PEMBROKE PINES, FLORIDA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY and PETER T. GAYNOR, in his official capacity,<br><br>    Defendants. | Case No.:  19-cv-62056-AHS |
| CITY OF DEERFIELD BEACH, FLORIDA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY and PETER T. GAYNOR, in his official capacity,<br><br>    Defendants. | Case No.:  19-cv-62032-AHS |
| CITY OF LAKE WORTH BEACH, FLORIDA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY and PETER T. GAYNOR, in his official capacity,<br><br>    Defendants. | Case No.:  19-cv-81140-AHS |

**NOTIFICATION OF NINETY DAYS EXPIRING**

Plaintiffs, City of Pembroke Pines, Florida, City of Deerfield Beach, Florida, and the City of Lake Worth Beach, Florida (collectively, the "Plaintiffs"), by and through their attorneys, respectfully notify the Court of ninety days expiring since the completion of briefing on Defendants' Motion to Dismiss:

1. Defendants filed and served their Consolidated Motion to Dismiss Amended Complaint and Exhibits 1-7 on June 19, 2020. ECF Docs. 50 through 50-7.

2. Plaintiffs filed and served their Consolidated Response in Opposition to Defendants' Consolidated Motion to Dismiss on July 13, 2020. ECF Doc. 53.

3. Defendants filed and served their Reply in Support of Consolidated Motion to Dismiss Amended Complaint on July 27, 2020. ECF Doc. 56.

4. No further briefing was filed following Defendants' Reply in Support of Consolidated Motion to Dismiss Amended Complaint.

5. No hearing has been held on Defendants' Consolidated Motion to Dismiss Amended Complaint.

Respectfully submitted, this 16th day of November, 2020

/s/ Ernest B. Abbott
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Ernest B. Abbott, Esq.
*Admitted Pro Hac Vice*
901 K Street NW, Suite 900
Washington, DC 20001
Telephone: (202) 508-3425
Facsimile: (202) 220-2225
Email: eabbott@bakerdonelson.com

Wendy Huff Ellard, Esq.
*Admitted Pro Hac Vice*
One Eastover Center

100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 969-4681
Facsimile: (601) 592-2405
Email: wellard@bakerdonelson.com

Michelle F. Zaltsberg, Esq.
Florida Bar No. 72908
200 South Orange Avenue, Suite 2900
Orlando, Florida 32801
Telephone: (407) 367-5433
Facsimile: (407) 841-0325
Email: mzaltsberg@bakerdonelson.com

*Counsel for Plaintiffs City of Lake Worth Beach, Florida; City of Deerfield Beach, Florida; City of Pembroke Pines, Florida*

*/s/ Samuel S. Goren*
GOREN CHEROF DOODY & EZROL P.A.
Samuel S. Goren, Esq.
Florida Bar No. 205850
3099 East Commercial Boulevard, Suite 200
Fort Lauderdale, Florida 33308
Telephone: (954) 771-4500
Facsimile: (954) 771-4923
Email: sgoren@gorencherof.com

*Counsel for Plaintiff City of Pembroke Pines, Florida*

*/s/ Anthony C. Soroka*
WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
Anthony C. Soroka, Esq.
Florida Bar No. 047802
1200 N. Federal Highway, Suite 312
Boca Raton, Florida 33432
Telephone: (561) 835-2111
Facsimile: (954) 764-7770
Email: asoroka@wsh-law.com

*Counsel for Plaintiff City of Deerfield Beach, Florida*

*/s/ Christy L. Goddeau*

3

            Florida Bar No.: 0094072
            TORCIVIA, DONLON, GODDEAU &
            ANSAY, P.A.
            701 Northpoint Parkway, Suite 209
            West Palm Beach, FL 33407
            Telephone: (561) 686-8700
            Facsimile: (561) 686-8764
            E-mail: christy@torcivialaw.com

            *Counsel for the City of Lake Worth Beach, Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, a true and correct copy of the foregoing *NOTIFICATION OF NINETY DAYS EXPIRING* was sent to all attorneys of record electronically via the Court's CM/ECF System, including, but not limited to, the following:

 Christopher E. Cheek, Esq.
 United States Attorney's Office
 Southern District of Florida
 99 NE 4th St Fl 1
 Miami, FL 33132-2145
 Email: christopher.cheek@usdoj.gov

            */s/ Michelle F. Zaltsberg*
            Michelle F. Zaltsberg